COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR REHEARING EN BANC

Cause number:  01-18-01057-CV

Style:         *Mosaic Baybrook One, L.P., Mosaic Baybrook Two, L.P., and
               Mosaic Residential, Inc. v. Tammy Cessor*

Type of motion:    Motion for rehearing

Party filing motion:        Appellants


        IT IS ORDERED that the motion for rehearing en banc is **denied**.




Judge's signature:   __/s/ Gordon Goodman____


En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly,
Goodman, Landau, Hightower, Countiss, and Adams.



Date:  December 31, 2020